# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136111-2

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re Estate of Juanita Evangeline Kostin, Deceased.
_____

OLETA DARLENE WILLIAMS,
        Petitioner-Appellant,

v

CAMILLE A. KENT,
        Respondent-Appellee.
_____/

SC: 136111
COA: 272767
Oakland Probate Court:
2004-295211-DE

In re Estate of Juanita Evangeline Kostin, Deceased.
_____

OLETA DARLENE WILLIAMS,
        Petitioner-Appellant,

v

JUANITA KOSTIN TRUST and CAMILLE A. KENT,
        Respondents-Appellees.
_____/

SC: 136112
COA: 274914
Oakland Probate Court:
2004-295211-DE

On order of the Court, the application for leave to appeal the February 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk

s0721